**UNITED STATES DISTRICT COURT OF CALIFORNIA**

**CENTRAL DISTRICT COURT**

| | |
|---|---|
| Thomas Brafford., an individual c/o SUPPA, TRUCCHI & HENEIN, LLP | Case No.: 98-9508-RSWL |
| Plaintiff, | RENEWAL OF DEFAULT JUDGMENT |
| v. | |
| ALLSTAR OPERATING COMPANY, INC., AUTO CENTER ENTERPRISES, INC., CLARENCE A. SWEARINGEN, individually and dba ALLSTAR OPERATING COMPANY, INC., and dba AUTO CENTER ENTERPRISES, INC. | |
| Defendant(s). | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.RC.P. 69(a) and C.C.P. §§ 683110 through 683.320, and for good cause appearing therefore,

The judgment to and against Defendants ALLSTAR OPERATING COMPANY, INC., AUTO CENTER ENTERPRISES, INC., CLARENCE A, SWEARINGEN individually and doing business as ALLSTAR OPERATING COMPANY, INC., and dba AUTO CENTER ENTERPRISES, INC., is hereby renewed in the amounts as set forth below. A copy of the judgment is attached.

///

///

///

1

RENEWAL OF DEFAULT JUDGMENT                                    98-9508-RSWL

| | | |
|---|---|---|
| a. | Total Judgment | $462,013.78 |
| b. | Cost after judgment | $0 |
| c. | Attorneys fees | $0 |
| d. | Subtotal (add a & b) | $ |
| e. | Credits after judgment | $0 |
| f. | Subtotal (Subtract d from c) | $0 |
| g. | Interest after judgment | $112,991.06 |
| h. | Fee for filing renewal of application | $0 |
| i. | Total renewal of judgment (add e, f and g) | $575,004.84 |

DATED  12/21/10                                         CLERK, by  Lori Muraoka
                                                        Deputy

---

**2**

RENEWAL OF DEFAULT JUDGMENT                                         98-9508-RSWL